■ JAMES TALCOTT, INC., Respondent, v. FRANK BRISCOE CO., INC., Appellant.— Judgment entered April 30, 1956, and order entered April 25, 1956, granting plaintiff's motion for summary judgment and order entered April 25, 1956, denying defendant's motion for leave to serve and file its proposed amended answer and counterclaim, unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ NICHOLAS KONTOS, Respondent, v. THOMAS KONTOS et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ In the Matter of the CITY OF NEW YORK, Acting on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Respondent, Relative to Acquiring Title to Real Property Bounded by Brook Avenue and Other Streets in the Borough of The Bronx, Selected as a Site for Public Housing Known as Mill Brook Houses; APOLLO BOTTLING CO., INC., Appellant.— Decree, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ GIULIANA ZASKORSKI, Respondent, v. PHILIP LUIZZO, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ In the Matter of FRANK'S 735 CAFE, INC., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■ GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LIMITED, Appellant, v. ISABEL BENT et al., Defendants, and DOMINICK DI GIORGIO et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents as a matter of discretion and because of plaintiff's laches. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.